IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MALCOLM CRAWFORD,       )
                        )
    Plaintiff,          )
                        )   NO. 3:18-cv-00800
v.                      )   JUDGE RICHARDSON
                        )
CORE CIVIC, et al.      )
                        )
    Defendants.         )

## **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 38), to which no Objections have been filed.[1]

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985)); *Hart v. Bee Property Mgmt.*, Case No. 18-cv-11851, 2019 WL 1242372, at *1 (E.D. Mich. March 18, 2019) The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, Case No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

---

[1] The Court notes that the copy of the Report and Recommendation of the Magistrate Judge was retuned to the Clerk's Office as undeliverable on July 30, 2020. (Doc. No. 39). The docket reflects that a copy was resent on August 3, 2020, more than three weeks ago, and that it has not been returned.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, for the reasons stated in the Report and Recommendation, Defendants CoreCivic, Inc., and Blair Leibach's Motion for Summary Judgment (Doc. No. 31) is hereby GRANTED and these Defendants are DISMISSED WITH PREJUDICE. Defendants f/n/u Meyers and f/n/u Gordan are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).

All claims against all Defendants have now been dismissed, and the Clerk is directed to close the file. This Order shall constitute a final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE